NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1579

MITCHELL ENTERPRISES, LTD.,

Appellant,

v.

David L. Bibb, ACTING ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

Appellee.

William P. Weir, Law Offices of William P. Weir, of Fort Worth, Texas, argued for appellant.

James W. Poirier, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Kirk T. Manhardt, Assistant Director.

Appealed from: Civilian Board of Contract Appeals

Administrative Judge Stephen M. Daniels

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1579

MITCHELL ENTERPRISES, LTD.,

Appellant,

v.

David L. Bibb, ACTING ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

Appellee.

# Judgment

ON APPEAL from the        Civilian Board of Contract Appeals

in CASE NO(S).            402

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LOURIE, BRYSON and PROST, Circuit Judges).

                AFFIRMED.  See Fed. Cir. R. 36.

                            ENTERED BY ORDER OF THE COURT

DATED July 9, 2008            /s/ Jan Horbaly
                              Jan Horbaly, Clerk